UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRECIOUS OKEREKE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | MBD No. |
| v. ) | 19-91029-FDS |
| ) | |
| ROAD TO RESPONSIBILITY INC., ) | |
| ) | |
| Defendant. ) | |

# ORDER

**SAYLOR, J.**

On January 24, 2019, *pro se* litigant Precious Okereke submitted a complaint accompanied by a motion for leave to proceed *in forma pauperis*.

This matter has been assigned to the undersigned judge as the Miscellaneous Business Docket judge. That assignment was made pursuant to a September 19, 2012 Memorandum and Order from Judge Zobel providing as follows:

> Plaintiff Precious Okereke is precluded from filing any additional papers, claims, cases, files, complaints, or anything resembling those pleadings, or any other documents in the United States District Court for the District of Massachusetts, in any manner, way or form, without first obtaining the written approval of the Miscellaneous Business Docket Judge of the United States District Court for the District of Massachusetts.

*Okereke v. Boston Police Hackney Div.*, C.A. No. 11-11626-RWZ (D. Mass. Sept. 19, 2012) (docket entry #8). That Memorandum and Order further states:

> If plaintiff Precious Okereke undertakes to file additional papers in this Court, she shall file a written petition seeking leave of court to do so. The petition must contain a copy of this Memorandum and Order, together with the papers sought to be filed, and a certification under oath that there is a good faith basis for her filing.

*Id.*

Here, Okereke did not file a written petition seeking leave of court to file a new complaint. Furthermore, she did not file a copy of the September 19, 2012 Memorandum and Order or a certification under oath that there is a good-faith basis for her filing.

For the foregoing reasons, Okereke's complaint and fee-waiver application filed on the civil docket of this court are hereby STRUCK for failing to comply with the September 19, 2012 Memorandum and Order, and the matter is DISMISSED.

**So Ordered.**

Dated: March 21, 2019

/s/ F. Dennis Saylor IV
F. Dennis Saylor IV
United States District Judge